UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF )<br>MATTHEW KIPPEN )<br>) | MISCELLANEOUS BUSINESS<br>DOCKET NO. 18mc 91124 WGY |

YOUNG, D.J                                          April 5, 2018

### ORDER

Matthew Kippen was a duly empaneled juror in the District of Massachusetts who recently rendered nineteen days of jury service to the nation's courts. Mr. Kippen has now filed a petition alleging conduct by his employer which may violate 18 U.S.C. § 1875.

The Court has carefully reviewed the allegations of the petition and finds probable cause to believe that a statutory violation may exist. Accordingly, the Court appoints Kathryn C. Shea, Esq. to counsel Mr. Kippen and, should it prove necessary, institute further proceedings. Attorney Shea shall be compensated from public funds in the manner and to the extent permitted under 18 U.S.C. § 3006A.

Mr. Kippen's petition shall be docketed under seal and shall remain under seal until it is determined whether further proceedings are warranted.

SO ORDERED.

WILLIAM G. YOUNG
DISTRICT JUDGE