UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
                                )    CIVIL CASE NO.
IN THE MATTER OF MATTHEW KIPPEN  )    1:18-mc-91124-WGY
                                )
_____)
```

YOUNG, D.J.                                    September 10, 2018

## ORDER

Having determined that there was probable cause to believe that Matthew Kippen, a duly summoned juror in this district could suffer retaliation as a result of his service, the Court appointed counsel to represent him pursuant to 18 U.S.C. § 3006A. The matter now having been satisfactorily resolved and this Court having carefully reviewed counsel's invoice for services, the Court directs that, pursuant to 18 U.S.C. § 3006 A(d)(1), counsel be paid $ 1,470.00 (10.5 hours at $140/hour) for legal services in this matter.

**SO ORDERED.**

By the Court,

*William G. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE
JURY LIASON

cc: Hon. Patti B. Saris, Chief Judge
    Robert Farrell, Clerk of Court